IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CAMILLA SENA,

    Plaintiff,

vs.                               Civ. No. 01-1244 MV/WWD ACE

CORRECTIONAL MEDICAL SERVICES, INC.,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court *sua sponte* as a result of a Rule 16 conference call with counsel on February 8, 2002. The discovery in this lawsuit has been completed, and the only things that remain to be done are the filing of dispositive motions and submission of a Pretrial Order. Any pretrial motions, including dispositive motions, should be filed on or before February 25, 2003. Responses to those motions should be filed on or before March 14, 2003. Replies, if any, should be filed on or before March 29, 2003. The Pretrial Order should be sent from the Plaintiff to the Defendant on or before April 17, 2003; and the Pretrial Order should be filed with the Court by Defendant on or before May 15, 2003. The Initial Scheduling Order entered in this cause on December 28, 2001, shall be vacated and set aside.

Pretrial filings in this cause shall proceed in accordance with the schedule set out above.

**IT IS SO ORDERED**.

                                                              UNITED STATES MAGISTRATE JUDGE